

# THE THIRTEENTH COURT OF APPEALS

13-13-00506-CV

TEXAS DEPARTMENT OF PUBLIC SAFETY
v.
CYNTHIA LYNN BUNTON

On Appeal from the
148th District Court of Nueces County, Texas
Trial Cause No. 2013DCV-0261-E

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered. The Court orders the judgment of the trial court REVERSED and RENDERS judgment that denies the petition for expunction. Costs of the appeal are adjudged against appellee.

We further order this decision certified below for observance.

June 26, 2014